ELLWOOD CLARK, Respondent, *v.* ALEXANDER F. MITCHELL et al., Defendants, and HERBERT L. JAMISON et al., Appellants.

(Argued October 15, 1935; decided November 19, 1935.)

*Edward Holloway* for appellants.

*Benjamin L. Fairchild* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.